**In re GRADE CROSSING COM'RS OF CITY OF BUFFALO.** (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of

Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by change of grade, etc., and claimed to be owned by Peter Hof and others.

PER CURIAM. Order and report reversed as to parcel No. 2, owned by the Otis Elevator Company, and a new hearing and appraisal directed to be had before new commissioners, as to that parcel, with costs to appellants to abide event. Held, that it does not appear that the depression in the grade of Ferry street in front of the lands of the Otis Elevator Company abutting upon that street, from three to four feet, has prevented the possibility of a switch track across Ferry street at that point into the Elevator Company's property. So far as appears, if the right to lay such a track across Ferry street can be secured, the track can be laid at the present grade of Ferry street, and the necessary excavations made on either side to permit the laying of such switch track at that grade. Order and report affirmed as to parcels Nos. 20 and 32, with costs, and affirmed as to parcel No. 5, without costs. Held, that the records of the established and recorded grades of the streets, the grades of which were changed, were properly received to support the awards, and they are sufficient for that purpose. See, also, 151 N. Y. Supp. 1119.

KRUSE, P. J., and LAMBERT, J.. concur, except as to parcel No. 2, voting for affirmance as to that parcel.